

# THE ATTORNEY GENERAL
# OF TEXAS

### AUSTIN, TEXAS 78711

**JOHN L. HILL**
**ATTORNEY GENERAL**

August 8, 1977

Honorable Kenneth D. Gaver, M.D.          Opinion No. H-1037
Commissioner, Texas Department
  of Mental Health and Mental          Re: Authority of community
  Retardation                              centers to purchase real
Box 12668, Capitol Station                 property.
Austin, Texas 78711

Dear Dr. Gaver:

You have requested our opinion concerning the authority
of community centers for mental health and mental retardation
services to purchase real property. Article 5547-203, V.T.C.S.,
provides in part:

> Sec. 3.09. Each participating local agency
> may contribute lands, buildings, facilities,
> personnel and funds for the administration
> of the various programs and services of a
> community center.

> Sec. 3.10. A community center may accept
> gifts, grants, and donations of money, per-
> sonal property and real property for use in
> the administration of its programs and ser-
> vices.

> Sec. 3.11. A community center may construct
> buildings and facilities.

Thus, a community center is not expressly authorized to pur-
chase real property; its express authority is limited to the
acceptance of gifts, grants, or donations. See Attorney General
Opinions C-668 (1966); C-646 (1966). We do not believe that
the power to purchase real property may be implied from arti-
cle 5547-203, for it is not "necessarily implied . . . or . . .
inherent or indispensable to its . . . existence." Ball v.
Texarkana Water Corp., 127 S.W. 1068, 1070 (Tex. Civ. App.
1910, no writ); Walling v. Kimbrough, 365 S.W.2d 941 (Tex. Civ.
App. -- Eastland 1963), aff'd., 371 S.W.2d 691 (Tex. 1963).

The Legislature has considered and rejected legislation which would expressly authorize community centers to purchase real property. Senate Bill No. 350, 65th Leg., Senate Bill No. 204, 64th Leg. In light of the statutory language and the failure of the Legislature to amend such language, in our opinion community centers do not have authority to purchase real property.

### S U M M A R Y

Community centers for mental health and mental retardation services do not have statutory authority to purchase real property.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

APPROVED:

DAVID M. KENDALL, First Assistant

C. ROBERT HEATH, Chairman
Opinion Committee

jst